v.

**The STATE of Texas, Appellee.**

No. 27294.

Court of Criminal Appeals of Texas.

Jan. 5, 1955.

**Raymond L. HAYNIE, Appellant,**

v.

**The STATE of Texas, Appellee.**

No. 27397.

Court of Criminal Appeals of Texas.

Feb. 2, 1955.

No attorney on appeal for appellant.

Wesley Dice, State's Atty., Austin, for the State.

No attorney on appeal for appellant.

Leon Douglas, State's Atty., Austin, for the State.

## PER CURIAM.

Appellant was convicted of aggravated assault upon a female, and his punishment assessed at a fine of fifty dollars.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review.

The judgment is affirmed.